[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10262
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 11, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:10-cr-00165-CG-N-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NORBERTO PINEDA-ORTUNO,

Defendant-Appellant.

_____

No. 11-10264
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00199-CG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NORBERTO PINEDA-ORTUNO,
a.k.a. Norberto Pineda-Ortuna,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Alabama
_____

(August 11, 2011)

Before HULL , MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Two of Norberto Pineda-Ortuno's cases have been consolidated on appeal—his conviction for illegal reentry into the United States and revocation of his term of supervised release for a previous illegal reentry. Elsie Mae Miller, Pineda-Ortuno's appointed counsel for both cases, in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the

entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED**, and Pineda-Ortuno's conviction, revocation of supervised release, and total sentence are **AFFIRMED**.